JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TIMOTHY D. WILKINS,              ) NO. CV 22-3608-SVW(E)
                                 )
                Plaintiff,       )
                                 )
      v.                         ) ORDER RE VOLUNTARY DISMISSAL
                                 )
HOLCOLM, ET AL.,                 )
                                 )
                                 )
                Defendants.      )
                                 )

     On October 17, 2022, Plaintiff filed a "Voluntary Dismissal,
etc.," requesting dismissal of the action without prejudice.  The
Court construes this filing as a notice of voluntary dismissal
pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule
41(a) permits a plaintiff to dismiss an action voluntarily, without
court order, by filing a notice of dismissal at any time before
service by an adverse party of an answer or a motion for summary
judgment.  No defendant has filed any answer or motion for summary
judgment in this action.  Therefore, under Rule 41(a)(1), the action
is deemed dismissed by operation of law.  See Com. Space Mgmt. Co. v.
Boeing Co., 193 F.3d 1074, 1078 (9th Cir. 1999) ("it is beyond debate

that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it"). This dismissal is without prejudice. <u>See</u> Fed. R. Civ. P. 41(a).


DATED:   October 24, 2022                         .



STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE



PRESENTED this 18th day
of October, 2022, by:


_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE